# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

**FILED**

2005 APR 15  A 8: 03

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____

---

DERRICK LEE BILLUPS,

Plaintiff - Appellant,

v

JEAN E HOWARD, et al ,

Defendants - Appellees

No   05-15281

D C No   CV-04-05107-REC/DLB

**ORDER**

---

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith   [ ]

Explanation _____

_____

_____

_____

_____
Judge
United States District Court

Date   April 14, 05