# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEAN E. HOWARD, et al.,<br><br>　　　　Defendants. | 1: 04 CV F- 5107 REC DLB P<br><br>ORDER DISREGARDING MOTION TO CLARIFY ERROR AS MOOT AND DENYING MOTION FOR EXCERPTS OF RECORD AS MOOT<br>Docs 23, 24 |

　　　　Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Judgment was entered in this action on January 27, 2005. On February 2, 2005, Plaintiff filed a Notice of Appeal. Plaintiff's appeal is still pending before the Ninth Circuit Court of Appeal. On March 1, 2005, Plaintiff filed a "Motion to Clarify Error" and a "Motion to Order Excerpts of Record." It appears that Plaintiff may have intended to file the Motion to Clarify Error with the Court of Appeal as there is nothing pending before this Court. Accordingly, Plaintiff's Motion to Clarify Error is HEREBY DISREGARDED as moot and the Clerk of the Court is directed to forward the motion to the Court of Appeal for filing in Docket No. 05-15281.

///
///
///

1  Plaintiff is advised that on February 4, 2005, the Record was transmitted to the Court of
2  Appeal. Accordingly, Plaintiff's Motion to Order Excerpts of Record is HEREBY DENIED as
3  moot.
4  IT IS SO ORDERED.
5  **Dated:   May 13, 2005**              **/s/ Dennis L. Beck**
   3b142a                                 UNITED STATES MAGISTRATE JUDGE