IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS, | 1:04-cv-05107-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION |
| | TO EXTEND TIME TO FILE OBJECTIONS |
| vs. | TO FINDINGS AND RECOMMENDATIONS |
| JEAN E. HOWARD, et al., | (DOCUMENT #51) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file any objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   February 11, 2008            /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE