UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS,<br><br>        Plaintiff,<br><br>vs.<br><br>J. HOWARD, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05107-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 50)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 39)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff, Derrick Lee Billups ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 19, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On January 30, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to

1

1 be supported by the record and by proper analysis.  In the
2 objections, Plaintiff contends that prison officials obstructed
3 his access to the grievance system.   Plaintiff appears to take
4 the position that exhaustion should be excused because prison
5 officials improperly screened out his appeal.  The evidence
6 provided by Plaintiff reveals that he filed appeals about
7 inadequate medical care in October 2003.   These appeals were
8 resolved in February 2004.   Based on this evidence, the Court
9 declines to excuse exhaustion.  Plaintiff filed this action on
10 January 20, 2004.  Unfortunately, exhaustion must occur prior to
11 filing suit.  <u>McKinney v. Carey</u>, 311 F.3d 1198, 1199-1201 (9th
12 Cir. 2002).  Thus, this court has no choice but to dismiss the
13 complaint.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed December 19,
         2007, are ADOPTED IN FULL;
    2.   Defendants' unenumerated Rule 12(b) motion, filed May
         3, 2007, is GRANTED;
    3.   This action is DISMISSED, without prejudice, based on
         plaintiff's failure to exhaust the available
         administrative remedies;
    4.   All pending motions are DENIED as moot;
    5.   The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   February 25, 2008**           /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE